Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
## Eastern District of Michigan

Case No.: **17–54777–mlo**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
　LaQuandra Nicole White
　132479 Crosley St.
　Redford, MI 48239

Social Security No.:
　xxx–xx–1907

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order of the Court Granting Dismissal of Case for Failure to Pay Filing Fees** was entered on **3/15/18**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 3/15/18

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

In re:                                                        Case No. 17-54777-mlo
LaQuandra Nicole White                                        Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2          User: csiku              Page 1 of 1            Date Rcvd: Mar 15, 2018
                             Form ID: ntcdsm           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
```
db             LaQuandra Nicole White,    132479 Crosley St.,    Redford, MI   48239
25005882      +Affiliated Financial,    3900 Hollywood Blvd,    Hollywood, FL 33021-6760
25005883      +Credit Acceptance,    20700 Civic Center,    Dr #300,    Southfield, MI 48076-4140
25005885      +Credit Protection Asso,    13355 Noel Rd Ste 100,    Dallas, TX 75240-6833
25005886      +Farmington Emergency Associates,    28050 Grand River Avenue,    Farmington, MI 48336-5919
25005887       Helvey & Associates,    1015 E Center St,    Warsaw,IN 46580 3420
25005892      +US Dept of ED/GLELS,    PO box 7860,    Madison,WI 53707-7860
25005893       US Dept of ED/GS/ATL,    P.O. Box 4222,    Iowa City, IA 52244
25005894      +US Dept of Education,    2505 S Finley Rd,    Lombard, IL 60148-4867
25005891      +Unemployment Insurance Agency,    3024 W Grand Blvd.,    Detroit, MI 48202-6024
25005890      +theresa White,    13479 crosley,    Redford, MI 48239-4520
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25005881      +E-mail/Text: bankruptcy@rentacenter.com Mar 15 2018 22:22:58     Acceptance Now,
                5501 HeadQuarters,    Plano, TX 75024-5837
25005884      +EDI: CMIGROUP.COM Mar 16 2018 02:18:00      Credit Management Lp,    4200 International Pkwy,
                Carrollton, TX 75007-1912
25005888      +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Mar 15 2018 22:22:45
                Michigan Department of Treasury/Driver R,    Office of Collections,    P.O. Box 30199,
                Lansing, MI 48909-7699
25007953      +EDI: PRA.COM Mar 16 2018 02:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
25005895      +E-mail/Text: bankruptcyreports@wakeassoc.com Mar 15 2018 22:22:51     Wakefield & Associates,
                830 E Platte Ave,    Fort Morgan, CO 80701-3601
                                                                                 TOTAL: 5
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25005889       stratified townhouse southfield mi
                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
```
         Charles L. Wells, III    7trusteewells@CharlesLWellsIII.com,
           clw@trusteesolutions.net;trusteesolutions.clw@gmail.com
         Jason M. Milstone    on behalf of Creditor    Consumers Energy Company
           bankruptcyfilings@cmsenergy.com
         Richard Todd Cook    on behalf of Debtor LaQuandra Nicole White rtcook9@gmail.com,
           rcook514@aol.com
         Shakeena Melbourne    on behalf of Creditor    Credit Acceptance Corporation smelbourne@kaalaw.com,
           ecf@kaalaw.com;smelbourne@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf.courtdrive.co
           m
         Shannon W. Husband    on behalf of Plaintiff    Michigan Unemployment Insurance Agency
           HusbandS1@michigan.gov,  PriceP2@michigan.gov
                                                                   TOTAL: 5
```